IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYVLANIA

IN RE:                                    :

JENNIFER J. PEARSON-MILLS    :        15-19120

Debtors                              :        Chapter 13

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, Jennifer J. Pearson-Mills has filed a Motion to Approve the Loan Modification Agreement of JP Morgan Chase Bank, N.A.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 15, 2016, you or your attorney must do all of the following:

   a. file an answer explaining your position at

      Timothy B. McGrath, Clerk of Bankruptcy Court
      United States Bankruptcy Court for the
      Eastern District of Pennsylvania
      Robert N.C. Nix, Sr., Federal Building & Post Office
      900 Market Street, Room 400
      Philadelphia, PA  19107-4299

   If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b. mail a copy to the movant's attorney:

      Jonathan J. Sobel, Esquire
      1500 Walnut Street, Suite 2000
      Philadelphia, PA  19103
      Attorney for Debtor

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

      3.     A hearing on the motion is scheduled to be held on November 29, 2016, at 11:00 a.m., **before the Honorable Ashely Chan, Courtroom #5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**

      4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.     You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

                              **LAW OFFICES OF JONATHAN J. SOBEL**

Date:  October 27, 2016         By:    /s/ JONATHAN J. SOBEL
                                         JONATHAN J. SOBEL, ESQUIRE
                                         Attorney for Debtor