United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 15-19120-amc
Jennifer J Pearson-Mills                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG           Page 1 of 1              Date Rcvd: Dec 02, 2016
                            Form ID: pdf900           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2016.
```
db             +Jennifer J Pearson-Mills,    7964 Thouron Avenue,    Philadelphia, PA 19150-2521
cr             +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 03 2016 02:33:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 03 2016 02:32:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 03 2016 02:33:26      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2016 at the address(es) listed below:
```
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon Et Al...
               bkgroup@kmllawgroup.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JONATHAN J. SOBEL    on behalf of Debtor Jennifer J Pearson-Mills mate89@aol.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYVLANIA

IN RE:                                  :

JENNIFER J. PEARSON-MILLS   :    15-19120

    Debtors                            :    Chapter 13

## ORDER

AND NOW, this ____ day of __Nov._____, 2016, upon consideration of Debtor, Jennifer J. Pearson-Mills' Motion for Approval of Loan Modification of JP Morgan Chase Bank, N.A. (attached as Exhibit "A"), and any response thereto:

**IT IS** hereby **ORDERED** and **DECREED** that Debtor, Jennifer J. Pearson-Mills' Motion for Approval of Loan Modification of JP Morgan Chase Bank, N.A., is **GRANTED**.

Creditor, JP Morgan Chase Bank, N.A.'s objection to confirmation is withdrawn (D.E. # 51).

BY THE COURT:

_____
ASHELY M. CHAN, U.S.B.J.