## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer J. Pearson-Mills dba Jennifer's Stay & Play Preschool, Inc. dba Jennifer's Family Child Daycare, Inc. | CHAPTER 13 |
| Debtor | |
| | |
| The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A. as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgage Pass-Through Certificates, Series 2003-2, its successors and/or assigns | NO. 15-19120 AMC |
| Moving Party | |
| vs. | |
| | 11 U.S.C. Section 362 |
| Jennifer J. Pearson-Mills dba Jennifer's Stay & Play Preschool, Inc. dba Jennifer's Family Child Daycare, Inc. | |
| Debtor | |
| | |
| William C. Miller Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion to Approve Loan Modification of The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A. as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgage Pass-Through Certificates, Series 2003-2, which was filed with the Court on or about **11/21/2016**.

Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
Thomas Puleo, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

December 13, 2016