# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYVLANIA

IN RE:                                    :

JENNIFER J. PEARSON-MILLS    :    15-19120

Debtors                              :    Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Second Amended Chapter 13 Plan**, was served upon the following persons via the Court's electronic filing system and first class mail on December 26, 2016:

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

**WILLIAM C. MILLER**
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
215-627-1377
ecfemails@ph13trustee.com

**DENISE ELIZABETH CARLON**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215 627 1322
dcarlon@kmllawgroup.com

**ANDREW F GORNALL**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
agornall@kmllawgroup.com

**JEREMY JOHN KOBESKI**
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
412-745-0600
412-745-0601 (fax)
paeb@fedphe.com

**ALBERT JAMES MILLAR**
PA Department of Revenue
P.O. Box 291061
Harrisburg, PA 17128
717-346-4649
RA-occbankruptcy3@state.pa.us

**THOMAS I. PULEO**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
(215) 627-1322
(215) 627-7734 (fax)
tpuleo@kmllawgroup.com

**JONATHAN J. SOBEL**
Law Office of Jonathan J. Sobel
1500 Walnut Street
Suite 2000
Philadelphia, PA 19102
215-735-7535
215-735-7539 (fax)
mate89@aol.com

**KARINA VELTER**
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216
267-566-4443
amps@manleydeas.com

        Respectfully submitted,

        s/JONATHAN J. SOBEL, ESQ.
        I.D. # 76428
        1500 Walnut Street, Suite 2000
        Philadelphia, PA  19102
        (215) 735-7535
        (215) 735-7539
        Mate89@aol.com
        Attorney for Debtor

Date:   December 26, 2016