United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-19120-amc
Jennifer J Pearson-Mills                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: JeanetteG        Page 1 of 2        Date Rcvd: Jan 11, 2017
                          Form ID: 152           Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2017.
```
db            +Jennifer J Pearson-Mills,    7964 Thouron Avenue,    Philadelphia, PA 19150-2521
cr            +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    651 BOAS STREET, ROOM 702,
                HARRISBURG, PA 17121-0700
13652121      +AES / PHEAA,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13652130      +AES Keystone / Stafford,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13652131      +AES PHEASL,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13652132     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX  79998)
13652157      +Bank of New York Mellon,    3415 VISION DRIVE,    COLUMBUS OH 43219-6009
13652110      +Brian Weaver,    431 East Montana Street,,    Philadelphia, PA 19119-2012
13652122     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     P.O. Box 85520,    Richmond, VA  23285)
13653193      +COMMONWEALTH OF PA  UCTS,    DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 702,    HARRISBURG, PA 17121-0751
13652117      +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13652151      +Citibank North America,    701 E 60th Street N,    Sioux Falls, SD 57104-0493
13652133      +Citimortgage,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
13652115      +City of Philadelphia,    Bureau of Administrative Adjudication,    913 Filbert Street,
                Philadelphia, PA 19107-3117
13652126      +Comenity Bank / Chadwicks,    P.O. Box 182789,    Columbus, OH 43218-2789
13652127      +Comenity Bank / NWRK & CO,    220 West Schrock Road,    Westerville, OH 43081-2873
13652155       Commonwealth of Pennsylvania,    PA DEPT OF REVENUE,    PO BOX 280948,    HARRISBURG PA 17128-0948
13652153       Commonwealth of Pennsylvania,    Department of Labor and Industry,    OFFICE OF CHIEF COUNSEL,
                UC DIVISION,    651 BOAS ST, 10TH FLOOR,    HARRISBURG PA 17121-0750
13652128      +DSNB Macys,    9111 Duke Blvd.,    Mason, OH 45040-8999
13652123     #+ECMC,    1 Imation Place,    Oakdale, MN 55128-3422
13652148      +Fashion Bug, c/o Comenity Bank,    P.O. Box 182789,    Columbus, OH 43218-2789
13652134      +Federal Loan Servicing,    P.O. Box 61047,    Harrisburg, PA 17106-1047
13652129      +G JWL CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13652158      +Gsran-Z Deposit Account as Custodian For,     P.O. Box 71275,    Philadelphia, PA 19176-6275
13652135      +HFC USA,    P.O. Box 9068,    Brandon, FL 33509-9068
13652152      +Helena Smith,    Bromley House,    6901 Old York Road,    Philadelphia, PA 19126-2234
13652150      +Home Depot,    P.O. Box 6926,    The Lakes, NV 88901-6926
13652112      +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13652149      +Mandee, c/o Comenity Bank,    P.O. Box 182789,    Columbus, OH 43218-2789
13712049       Navient Solutions, Inc. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
13680849      +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
13652111      +Phelan, Hallinan, Diamond & Jones,    1617 JFK Blvd.,    Philadelphia, PA 19103-1821
13669871      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
13652137      +RBS Citizens,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
13652144       RELS Reporting,    P.O. Box 50914,    San Diego, CA  92150
13652138      +Sears / CBNA,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
13652116      +Toyota Motor Credit,    240 Gibraltor Road, Suite 260,    Horsham, PA 19044-2387
13652139       U.S. Department of Education,    P.O. Box 4222,    Iowa City, IA  52244
13652141      +VISA DSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
13652142      +WACHRL,    P.O. Box 3117,    Winston Salem, NC 27102-3117
13652120     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Circle,
                Frederick, MD  21701)
13652143      +WFB / WB,    P.O. Box 3117,    Winston Salem, NC 27102-3117
13652145       WFM / WBM,    3480 Stagecoach Bldg,    Fort Mills, SC  29715
13652118      +Wells Fargo Bank,    P.O. Box 31557,    Billings, MT 59107-1557
13715221       Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA 50328-0001
13652119      +Wells Fargo Bank West,    P.O. Box 31557,    Billings, MT 59107-1557
13740689      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC# D3347-014,
                3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13716206       Wells Fargo Bank, N.A. Home Equity Group,    1 Home Campus X2303-01A,
                Des Moines, IA 50328-0001
13652147      +World Financial Network Bank,    c/o Comenity Bank,    P.O. Box 182789,    Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:17     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 12 2017 01:52:07      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13743315      +E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:16
                CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,     BANKRUPTCY GROUP - MSB,
                1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13652114      +E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:17     City of Philadelphia,
                c/o Debra Sandifer, Deputy City Solicito,     1515 Arch Street,    Philadelphia, PA 19102-1504
```

```
District/off: 0313-2                  User: JeanetteG               Page 2 of 2                   Date Rcvd: Jan 11, 2017
                                      Form ID: 152                  Total Noticed: 63
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13652154       +E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:17      City of Philadelphia,
                 1401 JFK Blvd., 5th Floor,   Philadelphia, PA 19102-1611
13652156       +E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:17      City of Philadelphia,
                 Department of Revenue,   1401 JFK Blvd., 5th Floor,   Philadelphia, PA 19102-1611
13652113       +E-mail/Text: bankruptcy@phila.gov Jan 12 2017 01:52:17      City of Philadelphia,
                 c/o James Zwolak, Deputy City Solicitor,   1515 Arch Street,   Philadelphia, PA 19102-1504
13652140       +E-mail/PDF: pa_dc_ed@navient.com Jan 12 2017 01:46:22      Department of Edcuation,
                 P.O. Box 9635,   Wilkes Barre, PA 18773-9635
13652125       +E-mail/Text: Bankruptcy@FCScollects.com Jan 12 2017 01:52:36       First Collection Services,
                 10925 Otter Creek Road East,   Mabelvale, AR 72103-1661
13652136       +E-mail/Text: EBN_Notifications@OWB.com Jan 12 2017 01:51:35      Onewest Bank,
                 6900 Beatrice Drive,   Kalamazoo, MI 49009-9559
13761275       +E-mail/Text: bankruptcygroup@peco-energy.com Jan 12 2017 01:51:30      PECO Energy Company,
                 Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13652124        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2017 01:54:18
                 Portfolio Recovery,   120 Corpporate Blvd., Suite 1,   Norfolk, VA  23502
13670407        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 12 2017 01:51:46
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13652146       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2017 02:01:39
                 Portfolio Recovery Services,   120 Corporate Boulevard,,   Norfolk, Virginia 23502, 23502-4952
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, N.A
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
```
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon Et Al...
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              JONATHAN J. SOBEL    on behalf of Debtor Jennifer J Pearson-Mills mate89@aol.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jennifer J Pearson−Mills
    Debtor(s)

Case No: 15−19120−amc
Chapter: 13

___

## *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 3/14/17 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court