```
            IN THE UNITED STATES BANKRUPTCY COURT FOR
              THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **IN RE:** | : | CHAPTER NO. 13 |
| | : | |
| **JENNIFER J. PEARSON-MILLS,** | : | |
| | : | CASE NO. 15-19120-AMC |
| | : | |
| DEBTOR | : | PLAN OBJECTION |
| | : | |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF REVENUE,** | : | |
| | : | |
| MOVANT | : | HEARING DATE AND TIME |
| | : | June 21, 2016 at 10:00 A.M. |
| V. | : | |
| | : | |
| **JENNIFER J. PEARSON-MILLS,** | : | |
| | : | |
| RESPONDENT | : | RELATED TO DOCKET NO. **84** |

**CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
SECONDED AMENDED DEBTOR'S CHAPTER 13 PLAN**

I, A. James Millar, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan on the parties at the below addresses, on February 1, 2017 by:

**CASE NO. 15-19120-AMC** Notice will be electronically mailed to:

**Albert James Millar at**
**RA-occbankruptcy3@pa.gov**, RA-occbankruptcy6@pa.gov

**WILLIAM C. MILLER**
**ecfemails@ph13trustee.com,philaecf@gmail.com**

**DENISE ELIZABETH CARLON**
**bkgroup@kmllawgroup.com**