# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYVLANIA

IN RE:                                      :

**JENNIFER J. PEARSON-MILLS**    :        15-19120

Debtors                        :        Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Third Amended Chapter 13 Plan**, was served upon the following persons via the Court's electronic filing system and first class mail on April 22, 2017:

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

**WILLIAM C. MILLER**
**JACK MILLER**
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
215-627-1377
ecfemails@ph13trustee.com

**DENISE ELIZABETH CARLON**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215 627 1322
dcarlon@kmllawgroup.com

**ANDREW F GORNALL**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
agornall@kmllawgroup.com

**JEREMY JOHN KOBESKI**
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
412-745-0600
412-745-0601 (fax)
paeb@fedphe.com

**ALBERT JAMES MILLAR**
PA Department of Revenue
P.O. Box 291061
Harrisburg, PA 17128
717-346-4649
RA-occbankruptcy3@state.pa.us

**THOMAS I. PULEO**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
(215) 627-1322
(215) 627-7734 (fax)
tpuleo@kmllawgroup.com

**JONATHAN J. SOBEL**
Law Office of Jonathan J. Sobel
1500 Walnut Street
Suite 2000
Philadelphia, PA 19102
215-735-7535
215-735-7539 (fax)
mate89@aol.com

**KARINA VELTER**
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216
267-566-4443
amps@manleydeas.com

**PAMELA ELCHERT THURMOND**
City of Philadelphia
Law/Revenue Department, Mun. Serv. Bldg.
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102
215-686-0508
215-686-0588 (fax)
pamela.thurmond@phila.gov

  I hereby certify that a true and correct copy of the **Third Amended Chapter 13 Plan**, was served upon the following persons via facsimile transmission and first class mail on April

(cr)**Bank of America**
P.O. Box 982235
El Paso, TX 79998

(cr)**Brian Weaver**
431 East Montana Street,
Philadelphia, PA 19119

(cr)**Capital One**
P.O. Box 85520
Richmond, VA 23285

(cr)**Chase**
P.O. Box 15298
Wilmington, DE 19850

(cr)**Citibank North America**
701 E 60th Street N
Sioux Falls, SD 57104-0432

(cr)**Comenity Bank / Chadwicks**
P.O. Box 182789
Columbus, OH 43218

(cr)**Comenity Bank / NWRK & CO**
220 West Schrock Road
Westerville, OH 43081

(cr)**Department of Education**
P.O. Box 9635
Wilkes Barre, PA 18773

(cr)**DSNB Macys**
9111 Duke Blvd.
Mason, OH 45040

(cr)**ECMC**
1 Imation Place
Oakdale, MN 55128

(cr)**Fashion Bug**
c/o Comenity Bank
P.O. Box 182789
Columbus, OH 43218

(cr)**First Collection Services**
10925 Otter Creek Road East
Mabelvale, AR 72103

(cr)**G JWL CBNA**
P.O. Box 6497
Sioux Falls, SD 57117

(cr)**Gsran-Z Deposit Account as Custodian For**
P.O. Box 71275
Philadelphia, PA 19176

(cr)**Helena Smith**
Bromley House
6901 Old York Road
Philadelphia, PA 19126

(cr)**HFC USA**
P.O. Box 9068
Brandon, FL 33509

(cr)**Home Depot**
P.O. Box 6926
The Lakes, NV 88901

(cr)**Mandee**
c/o Comenity Bank
P.O. Box 182789
Columbus, OH 43218

(cr)**Navient Solutions, Inc. on behalf of**
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

(cr)**Onewest Bank**
6900 Beatrice Drive
Kalamazoo, MI 49009

(cr)**PECO Energy Company**
Attn: Merrick Friel
2301 Market Street, S23-1
Philadelphia, PA 19103

(cr)**Philadelphia Gas Works**
800 W Montgomery Ave
Phila Pa,19122
Attn: Bankruptcy Dept 3F

(cr)**Portfolio Recovery**
120 Corpporate Blvd., Suite 1
Norfolk, VA 23502

(cr)**Portfolio Recovery Services**
120 Corporate Boulevard,
Norfolk, Virginia 23502

(cr)**RBS Citizens**
480 Jefferson Blvd.
Warwick, RI 02886

(cr)**RELS Reporting**
P.O. Box 50914
San Diego, CA 92150

(cr)**Sears / CBNA**
P.O. Box 6283
Sioux Falls, SD 57117

(cr)**Toyota Motor Credit**
240 Gibraltor Road, Suite 260
Horsham, PA 19044

(cr)**VISA DSNB**
9111 Duke Blvd.
Mason, OH 45040

(cr)**WACHRL**
P.O. Box 3117
Winston Salem, NC 27102

(cr)**World Financial Network Bank**
c/o Comenity Bank
P.O. Box 182789
Columbus, OH 43218

                Respectfully submitted,


                s/JONATHAN J. SOBEL, ESQ.
                I.D. #  76428
                1500 Walnut Street, Suite 2000
                Philadelphia, PA  19102
                (215) 735-7535
                (215) 735-7539
                Mate89@aol.com
                Attorney for Debtor

Date:   April 22, 2017