**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 15-19120** |
| **Jennifer J. Pearson-Mills DBA** : | **Chapter 13** |
| **Jennifer's Stay & Play Preschool, Inc.,** : | **Judge Ashely M. Chan** |
| **DBA Jennifer's Family Child Daycare,** : | * * * * * * * * * * * * * * * * * * * |
| **Inc.** : | |
| : | |
| **Debtor(s).** | |

## PRAECIPE TO WITHDRAW CREDITOR'S OBJECTION
## TO DEBTOR'S CHAPTER 13 PLAN

Kindly withdraw the Objection to Debtor's Amended Chapter 13 Plan that was filed on July 7, 2016, on behalf of Wells Fargo Bank, NA ("Creditor") at Docket number 62.

           Respectfully submitted,

           /s/ Karina Velter
           Karina Velter, Esquire (94781)
           Kimberly A. Bonner (89705)
           Holly N. Wolf (322153)
           Manley Deas Kochalski LLC
           P.O. Box 165028
           Columbus, OH  43216-5028
           Telephone: 614-220-5611
           Fax: 614-627-8181
           Attorneys for Creditor
           The case attorney for this file is Karina Velter.
           Contact email is kvelter@manleydeas.com

16-004033_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 15-19120** |
| **Jennifer J. Pearson-Mills DBA** : | **Chapter 13** |
| **Jennifer's Stay & Play Preschool, Inc.,** : | **Judge Ashely M. Chan** |
| **DBA Jennifer's Family Child Daycare,** : | * * * * * * * * * * * * * * * * * * |
| **Inc.** : | |
| : | |
| **Debtor(s).** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe to Withdraw Creditor's Objection to Debtor's Chapter 13 Plan was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107

Jonathan J. Sobel, Attorney for Jennifer J. Pearson-Mills, 1500 Walnut Street, Suite 2000, Philadelphia, PA 19102, mate89@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June __1__, 2017:

Jennifer J. Pearson-Mills DBA Jennifer's Stay & Play Preschool, Inc., DBA Jennifer's Family Child Daycare, Inc., 7964 Thouron Avenue, Philadelphia, PA 19150

DATE: __June 1, 2017__        __/s/ Karina Velter_____
                              Karina Velter, Esquire (94781)
                              Kimberly A. Bonner (89705)
                              Holly N. Wolf (322153)
                              Manley Deas Kochalski LLC
                              P.O. Box 165028
                              Columbus, OH 43216-5028
                              Telephone: 614-220-5611

16-004033_JDD1

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-004033_JDD1