IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| JENNIFER J. PEARSON-MILLS, | : |
| | : CASE NO. 15-19120-AMC |
| | : |
| DEBTOR | : PLAN OBJECTION |
| | : |
| PENNSYLVANIA DEPARTMENT | : |
| OF REVENUE, | : |
| | : |
| MOVANT | : HEARING DATE AND TIME |
| | : June 21, 2016 at 10:00 A.M. |
| V. | : |
| | : |
| JENNIFER J. PEARSON-MILLS, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 84 |

WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The Commonwealth of Pennsylvania, Department of Revenue withdraws its Objection to Debtor's Chapter 13 Plan, as the matter objected to has been resolved.

Respectfully Submitted,

DATED: June 15, 2017            By:   /s/ Albert James Millar
                                      Counsel
                                      Office of Chief Counsel
                                      PA Department of Revenue
                                      PO Box 281061
                                      Harrisburg, PA 17128-1061
                                      Attorney I.D. 62053
                                      (717) 346-4649
                                      Facsimile (717) 772-1459
                                      jmillar@pa.gov