IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| JENNIFER J. PEARSON-MILLS, | : |
| | : CASE NO. 15-19120-AMC |
| | : |
| DEBTOR | : PLAN OBJECTION |
| | : |
| PENNSYLVANIA DEPARTMENT | : |
| OF REVENUE, | : |
| | : |
| MOVANT | : HEARING DATE AND TIME |
| | : June 21, 2016 at 10:00 A.M. |
| V. | : |
| | : |
| JENNIFER J. PEARSON-MILLS, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 107 |

<u>CERTIFICATE OF SERVICE FOR WITHDRAWAL OF PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTORS'SECOND AMENDED CHAPTER 13 PLAN</u>

I, Albert James Millar, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Objection to Debtor's Chapter 13 Plan on the parties at the below addresses, on June 15, 2017 by:

15-19120-AMC **Notice will be electronically mailed to:**

Albert James Millar at
RA-occbankruptcy3@pa.gov, RA-occbankruptcy6@pa.gov

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

Dennis Elizabeth Carlon
bkgroup@kmllawgroup.com

Andrew Gornall
agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeremy John Kobeski
paeb@fedphe.com

Jack K. Miller
philaecf@gmail.com,ecfemails@ph13trustee.com

William C. Miller, Esq.
ecfemails@ph13trustee.com,philaecf@gmail.com

Thomas I. Puleo
tpuleo@kmllawgroup.com,bkgroup@kmllawgroup.com

Jonathan J. Sobel
mate89@aol.com

Pamela Elchert Thurmond
Pamela.thurmond@phila.gov,james.feighan@phila.gov

Karina Velter
amps@manleydeas.com


15-19120-AMC **Notice will not be electronically mailed to:**

**COMMONWEALTH OF PA UCTS
DEPARTMENT OF LABOR AND INDUSTRY
651 BOAS STREET, ROOM 702
HARRISBURG, PA   17121**

**Educational Credit Management Corp.**
**P.O. Box 16408**
**St. Paul, MN 55116-0408**

**SELECT PORTOLIO SERVICING, INC**
**3815 South West Temple**
**Salt Lake City, UT 84115**

EXECUTED ON: June 21, 2017

                                       By: /s/ Albert James Millar
                                                Counsel
                                                PA Department of Revenue
                                                Office of Chief Counsel
                                                PO Box 281061
                                                Harrisburg, PA 17128-1061
                                                Attorney I.D. 62053
                                                (717) 346-4649
                                                Facsimile (717) 772-1459
                                                jmillar@pa.gov