# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jennifer J. Pearson-Mills dba Jennifer's Stay & Play Preschool, Inc. dba Jennifer's Family Child Daycare, Inc.<br>　　　　　　Debtor | CHAPTER 13 |
| The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A. as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgage Pass-Through Certificates, Series 2003-2, its successors and/or assigns<br>　　　　　　Movant<br>　　vs. | NO. 15-19120 AMC |
| Jennifer J. Pearson-Mills dba Jennifer's Stay & Play Preschool, Inc. dba Jennifer's Family Child Daycare, Inc.<br>　　　　　　Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A. as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgage Pass-Through Certificates, Series 2003-2, which was filed with the Court on or about June 14, 2016 under Document No. 51.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Matteo S. Weiner , Esquire**
　　　　　　　　　　　　　　　　　　　　Matteo S. Weiner, Esquire
　　　　　　　　　　　　　　　　　　　　mweiner@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322

July 10, 2017