UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 15-19120(AMC) |
| JENNIFER J. PEARSON-MILLS, | Chapter 13 |
| Debtor. | Hearing Date: October 17, 2017 at 11:00 a.m. |
| | Objection Deadline: October 9, 2017 |

NOTICE OF MOTION,
RESPONSE DEADLINE AND HEARING

GSRAN-Z, LLC ("GSRAN-Z") has filed a Motion for an Order Granting the Automatic Stay to Exercise Rights with respect to 1454 Greenwood St., Philadelphia, PA 19150 (the "Motion") with the Court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before **October 9, 2017**, you or your attorney must do all of the following:

(a) file a Response explaining your position at Clerk's Office, Room 400, 900 Market Street, Philadelphia, Pennsylvania, 19107. If you mail your Response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

Anne M. Aaronson, Esquire
1500 Market St., Suite 3500E
Philadelphia, PA 19102
Telephone: (215) 575-7000
Facsimile: (215) 575-7200

2. If you or your attorney do not take the steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting relief requested in the Motion.

119762057_2

3.     A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan, on **October 17, 2017, at 11:00 a.m.** at the United States Bankruptcy Court, Courtroom #5, 900 Market Street, Philadelphia, Pennsylvania, 19107.

4.     If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's Office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a Response.

DILWORTH PAXSON LLP

/s/ Anne M. Aaronson
Anne M. Aaronson
1500 Market St., Suite 3500E
Philadelphia, PA 19102
(215) 575-7100

Dated: September 20, 2017       *Attorneys for GSRAN-Z, LLC*