United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 15-19120-amc
Jennifer J Pearson-Mills                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Dec 14, 2017
                                    Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2017.
13740689       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC# D3347-014,
        3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
      ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
      RA-occbankruptcy6@state.pa.us
      ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon Et Al...
      agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      ANNE M. AARONSON    on behalf of Creditor    GSRAN-Z, LLC aaaronson@dilworthlaw.com,
      mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
      DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon Et Al...
      bkgroup@kmllawgroup.com
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
      ecfemails@ph13trustee.com
      JEREMY JOHN KOBESKI    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
      JONATHAN J. SOBEL    on behalf of Debtor Jennifer J Pearson-Mills mate89@aol.com
      KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, NA amps@manleydeas.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon Et Al...
      bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon, as Trustee for the
      ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2
      bkgroup@kmllawgroup.com
      PAMELA ELCHERT THURMOND    on behalf of    City of Philadelphia pamela.thurmond@phila.gov,
      james.feighan@phila.gov
      THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon Et Al...
      tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                            TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-19120-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jennifer J Pearson-Mills
7964 Thouron Avenue
Philadelphia PA 19150

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 8: Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715 | US Bank Trust National Association as Trustee<br>c/o BSI Financial Services<br>1425 Greenway Dr., ste 400<br>Irving TX 75038 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/16/17

Tim McGrath
**CLERK OF THE COURT**