UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

In Re:                                              ) Case No.: 15-19120-amc
                                                    )
Jennifer J Pearson-Mills,                           ) CHAPTER 13
                                                    )
        Debtor.                                     ) **REQUEST FOR NOTICE**
                                                    )
                                                    )
                                                    )
                                                    )
                                                    )
                                                    )
                                                    )

---

**REQUEST OF BSI FINANCIAL SERVICES FOR SERVICE OF NOTICES**

**PURSUANT TO FED. R. BANKR. P. 2002(g)**

---

TO:     UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL

        INTERESTED PARTIES

        **PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for U.S.

Bank Trust National Association, as Trustee of the Igloo Series III Trust ("BSI"), a creditor in

the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or

documents filed in the above-referenced bankruptcy, including all pleadings or notices under

Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any

adversary proceedings, the filing of any requests for hearing, objections, and/or notices of

motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to

creditors, creditors' committees and parties-in-interest and other notices as required by the

United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced

bankruptcy court.

1       BSI requests that for all notice purposes and for inclusion in the Master Mailing List in

2   this case, the following address be used:

3       **PHYSICAL ADDRESS:**         **EMAIL ADDRESS:**

4       BSI Financial Services            prpbk@bsifinancial.com
        1425 Greenway Drive, Ste. 400

5       Irving, TX  75038

6

7

8   Dated:  February 13, 2018        By: /s/ Karin Murphy
        Karin Murphy

9       c/o BSI Financial Services
        Assistant Vice President, Foreclosure and

10      Bankruptcy
        1425 Greenway Drive, Ste. 400

11      Irving, TX  75038

12      972.347.4350
        prpbk@bsifinancial.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT

EASTERN  DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

| | |
|---|---|
| In Re: | Case No: 15-19120-amc |
| | CHAPTER 13 |
| Jennifer J Pearson-Mills, | |
| Debtors. | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On February 19, 2018 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Trustee** |
|---|---|
| Jennifer J Pearson-Mills | WILLIAM C. MILLER, Esq. |
| 7964 Thouron Avenue | Chapter 13 Trustee |
| Philadelphia, PA 19150 | P.O. Box 1229 |
| | Philadelphia, PA 19105 |
| **Debtor's Counsel** | |
| JONATHAN J. SOBEL | **U.S. Trustee** |
| Law Office of Jonathan J. Sobel | Office of the U.S. Trustee |
| 1500 Walnut Street | 833 Chestnut Street |
| Suite 2000 | Suite 500 |
| Philadelphia, PA 19102 | Philadelphia, PA 19107 |

__xx____(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 19, 2018 at Santa Ana, California

_/s/ Krystle Miller_
Krystle Miller

CERTIFICATE OF SERVICE