# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-19120-AMC

JENNIFER J PEARSON-MILLS

7964 THOURON AVENUE

PHILADELPHIA, PA 19150

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JENNIFER J PEARSON-MILLS

    7964 THOURON AVENUE

    PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    JONATHAN J. SOBEL ESQ
    LAW OFFICE OF JONATHAN J. SOBEL
    1500 WALNUT STREET  STE 2000
    PHILADELPHIA, PA 19102-

Date: 11/14/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee