## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF
## PENNSYVLANIA

| | |
|---|---|
| IN RE: | : |
| JENNIFER J. PEARSON-MILLS | : 15-19120 |
| Debtor | : Chapter 13 |

### DEBTOR, JENNIFER PEARSON-MILLS SUPPLEMENTAL RESPONSE TO CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

**AND NOW**, comes Debtor, Jennifer Pearson-Mills' response to Chapter 13 Standing Trustee's Motion for Dismissal and in opposition to same, Debtor avers as follows:

1. On December 16, 2019, debtor made an additional payment of $693.99.  (See Exhibit "A".).

**WHEREFORE**, for all of the foregoing reasons, it is respectfully requested this Honorable Court deny the Chapter 13 Standing Trustee's Motion for Dismissal.

**LAW OFFICES OF JONATHAN J. SOBEL**

Date:  December 16, 2019          By:     /s/ JONATHAN J. SOBEL
                                          JONATHAN J. SOBEL, ESQUIRE
                                          Attorney for Debtor Jennifer Pearson-Mills

**EXHBIT "A"**

Language:
  English
  Español

# TFS, Automate Your Success

- Home
- What We Offer
- Help Center
- For Attorneys
- For Employers

Welcome, Jennifer Pearson-mills Logout | Account

# Dashboard

# TFS Payment Summary

Edit Bank Account Information  Edit Payment Schedule & Amount
Total Amount Paid
        $6,119.00
Payment Amount

Payments must be made manually

Your appointed Trustee, **WILLIAM C. MILLER** is scheduled to be paid **Always Manual Payments**

Stop All Payments

Make a One-Time Payment

## Track Your TFS Payments by Email

Did you know that you can receive email notifications when your payment is started, has cleared our system, and has arrived at the trustee? You can mix and match notifications as well! Turn on notifications and always stay up to date about your payments!

Turn on payment notification emails now!

## Frequently Asked Questions

Our support site has answers to some of the most commonly asked questions, including:

How long do payments take to arrive?

What is the difference between pending and scheduled?

Can I use a debit or credit card?

# Upcoming Transactions

| Date | Payee | Type | Amount | TFS Fee | Total | |
|---|---|---|---|---|---|---|
| December 17, 2019 | WILLIAM C. MILLER | Manual Debtor Payment | $690.00 | $3.99 | $693.99 | Cancel |

# Processing Transactions

| Date | Payee | Type | Amount | TFS Fee | Total |
|---|---|---|---|---|---|

There are no processing transactions.

# Recent Transactions View All Transactions

| Date | Payee | Type | Status | Amount | TFS Fee | Total |
|---|---|---|---|---|---|---|

You currently have no past transactions.

- Home
- What We Offer
- Help Center
- For Attorneys

Call Us **(888) PAY.CH13**

Copyright © 2011-2019, Nationwide TFS, LLC | 500 North Broadway, Suite 240, Jericho, NY 11753 | Privacy Policy