IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYVLANIA

IN RE:                                              :

JENNIFER J. PEARSON-MILLS        :        15-19120

       Debtor                              :        Chapter 13

CERTIFICATE OF SERVICE

       JONATHAN J. SOBEL, of full age, hereby certifies as follows:

1.    I am an attorney with the Law Offices of Jonathan J. Sobel and I am the attorney for debtor, Jennifer Pearson-Mills

2.    On December 16, 2019, the Supplemental Response to Chapter 13 Standing Trustee's Motion for Dismissal and Certification of Mailing was forwarded via the Court's electronic filing to the following:

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Jonathan J. Sobel, Esquire
1500 Walnut Street, Suite 2000
Philadelphia, PA  19102

William Miller, Standing Chapter 13 Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Joshua Goldman, Esquire
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA  19106

I certify that the foregoing statements made by me are true to the best of my knowledge information and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**LAW OFFICES OF JONATHAN J. SOBEL**

Date:  December 16, 2019          By:   /s/ JONATHAN J. SOBEL
                                  JONATHAN J. SOBEL, ESQUIRE
                                  Attorney for Debtor Jennifer Pearson-Mills