IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYVLANIA

IN RE:                                             :

JENNIFER J. PEARSON-MILLS       :        15-19120

    Debtor                                    :        Chapter 13

### CERTIFICATE OF SERVICE

    JONATHAN J. SOBEL, of full age, hereby certifies as follows:

1.    I am an attorney with the Law Offices of Jonathan J. Sobel and I am the attorney for debtor, Jennifer Pearson-Mills

2.    On September 8, 2020, the Response to Motion to Dismiss and Certification of Mailing was forwarded via the Court's electronic filing to the following:

> United States Trustee
> 833 Chestnut Street, Suite 500
> Philadelphia, PA  19107

Jonathan J. Sobel, Esquire
1500 Walnut Street, Suite 2000
Philadelphia, PA  19102

William Miller, Standing Chapter 13 Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

    I certify that the foregoing statements made by me are true to the best of my knowledge information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**LAW OFFICES OF JONATHAN J. SOBEL**

Date:  September 8, 2020                By:    /s/ JONATHAN J. SOBEL
                                        JONATHAN J. SOBEL, ESQUIRE
                                        Attorney for Debtor Jennifer Pearson-Mills