Certificate Number: 15609-PAE-DE-035401631

Bankruptcy Case Number: 15-19120



15609-PAE-DE-035401631

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2021, at 5:59 o'clock PM PST, Jennifer Pearson-Mills completed a course on personal financial management given by internet by $9 Debt Education, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 25, 2021          By:   /s/Casey J Albitre

                                   Name: Casey J Albitre

                                   Title: Manager