# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF
# PENNSYVLANIA

**In re Jennifer Pearson Mills**         :         15-19120

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Jennifer Pearson-Mills, debtor in this case certify as follows:

1. All payments required to be made by me under my Plan have been made and are paid in full.

2. I am not required to pay domestic support obligations.

I certify under penalty of perjury that the above is true.

Date:  February 25, 2021                           s/Jennifer Pearson-Mills