# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | |
| **Jennifer J Pearson-Mills DBA** : | Case No.: 15-19120 |
| **Jennifer's Stay & Play Preschool,** : | Chapter 13 |
| **Inc., DBA Jennifer's Family Child** : | Judge Eric L. Frank |
| **Daycare, Inc., AKA Jennifer J** : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Pearson, AKA Jennifer Mills** : | |
| : | |
| **Debtor(s).** | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

16-004020_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 15-19120** |
| **Jennifer J Pearson-Mills DBA Jennifer's** : | **Chapter 13** |
| **Stay & Play Preschool, Inc., DBA** : | **Judge Eric L. Frank** |
| **Jennifer's Family Child Daycare, Inc.,** : | * * * * * * * * * * * * * * * * * * * |
| **AKA Jennifer J Pearson, AKA Jennifer** | |
| **Mills** | |
| | |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Jennifer J Pearson-Mills DBA Jennifer's** : | |
| **Stay & Play Preschool, Inc., DBA** : | |
| **Jennifer's Family Child Daycare, Inc.,** : | |
| **AKA Jennifer J Pearson, AKA Jennifer** : | |
| **Mills** | |
| | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Jonathan J. Sobel, Attorney for Jennifer J Pearson-Mills DBA Jennifer's Stay & Play Preschool, Inc., DBA Jennifer's Family Child Daycare, Inc., AKA Jennifer J Pearson, AKA Jennifer Mills, 1500 Walnut Street, Suite 2000, Philadelphia, PA 19102, mate89@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

16-004020_PS

Jennifer J Pearson-Mills DBA Jennifer's Stay & Play Preschool, Inc., DBA Jennifer's Family Child Daycare, Inc., AKA Jennifer J Pearson, AKA Jennifer Mills, 7964 Thouron Avenue, Philadelphia, PA  19150

Jennifer J Pearson-Mills DBA Jennifer's Stay & Play Preschool, Inc., DBA Jennifer's Family Child Daycare, Inc., AKA Jennifer J Pearson, AKA Jennifer Mills, 1454 Greenwood St, Philadelphia, PA  19150

DATE: March 6, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

16-004020_PS