### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF
### PENNSYVLANIA

**In re Jennifer Pearson Mills**　　　　　:　　　15-19120

### CERTIFICATION OF NO RESPONSE

   I, Jonathan J. Sobel, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

**LAW OFFICES OF JONATHAN J. SOBEL**

Date: April 20, 2021

By: /s/ JONATHAN J. SOBEL ESQUIRE
Attorney for Jennifer Pearson-Mills