21-0141

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jennifer J. Pearson-Mills<br>dba Jennifer's Stay & Play Preschool, Inc.<br>dba Jennifer's Family Child Daycare, Inc.<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  15-19120 ELF |

## **ENTRY OF APPEARANCE/ REQUEST FOR NOTICES**

TO THE COURT:

      Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.

                      POWERS KIRN, LLC

                      By:  **/s/  Jill Manuel-Coughlin, Esquire**
                      Attorney ID# 63252
                      Eight Neshaminy Interplex, Suite 215
                      Trevose, PA 19053
                      Telephone: 215-942-2090
                      Dated: May 20, 2021