**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| JENNIFER J PEARSON-MILLS | |
| **Debtor(s)** | **Case No.** 15-19120-ELF |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: 7/27/2021          By:     */s/ William C. Miller*
                                  William C. Miller, Esquire, Chapter 13 Trustee
                                  1234 Market St., Suite 1813
                                  Philadelphia, PA 19107
                                  (215) 627-1377 (Phone)
                                  (610) 627-6299 (Fax)