United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jennifer J Pearson-Mills  
    Debtor

Case No. 15-19120-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5  
Date Rcvd: Jul 28, 2021      Form ID: 138NEW      Total Noticed: 73

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer J Pearson-Mills, 7964 Thouron Avenue, Philadelphia, PA 19150-2521 |
| cr | + | BSI FINANCIAL SERVICES, INC., 1425 GREENWAY DRIVE, SUITE 400, IRVING, TX 75038-2480 |
| cr | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | | Wells Fargo Bank, N.A., Default Document Processin, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13652121 | + | AES / PHEAA, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 13652130 | + | AES Keystone / Stafford, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 13652131 | + | AES PHEASL, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 13652132 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998 |
| 13652157 | + | Bank of New York Mellon, 3415 VISION DRIVE, COLUMBUS OH 43219-6009 |
| 13652110 | + | Brian Weaver, 431 East Montana Street,, Philadelphia, PA 19119-2012 |
| 13653193 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 13652115 | + | City of Philadelphia, Bureau of Administrative Adjudication, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 13652155 | | Commonwealth of Pennsylvania, PA DEPT OF REVENUE, PO BOX 280948, HARRISBURG PA 17128-0948 |
| 13652153 | | Commonwealth of Pennsylvania, Department of Labor and Industry, OFFICE OF CHIEF COUNSEL, UC DIVISION, 651 BOAS ST, 10TH FLOOR HARRISBURG PA 17121-0750 |
| 13882725 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13652134 | + | Federal Loan Servicing, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 13652129 | + | G JWL CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 13652158 | + | Gsran-Z Deposit Account as Custodian For, P.O. Box 71275, Philadelphia, PA 19176-6275 |
| 13652135 | + | HFC USA, P.O. Box 9068, Brandon, FL 33509-9068 |
| 13652152 | + | Helena Smith, Bromley House, 6901 Old York Road, Philadelphia, PA 19126-2234 |
| 13652112 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13680849 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 13652111 | + | Phelan, Hallinan, Diamond & Jones, 1617 JFK Blvd., Philadelphia, PA 19103-1821 |
| 13669871 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13652144 | | RELS Reporting, P.O. Box 50914, San Diego, CA 92150 |
| 13875806 | + | The Bank of New York Mellon f/k/a The Bank of New, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane Monroe, LA 71203-4774 |
| 13909537 | + | The Bank of New York Mellon, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 13652116 | + | Toyota Motor Credit, 240 Gibralter Road, Suite 260, Horsham, PA 19044-2387 |
| 14536030 | + | U.S. Bank Trust National Association,, as Trustee of the Igloo Series III Trust, c/o Brian E. Caine, Esquire, 9000 Midlantic Drive, Suite 300, Mount Laurel, NJ 08054-1539 |
| 13652139 | | U.S. Department of Education, P.O. Box 4222, Iowa City, IA 52244 |
| 14027852 | + | US Bank Trust National Association as Trustee, c/o BSI Financial Services, 1425 Greenway Dr., ste 400, Irving TX 75038-2480 |
| 13652141 | + | VISA DSNB, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 13652142 | + | WACHRL, P.O. Box 3117, Winston Salem, NC 27102-3117 |
| 13652120 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 |

Case 15-19120-elf    Doc 165    Filed 07/30/21    Entered 07/31/21 00:36:14    Desc
Imaged Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 73 |

| | | |
|---|---|---|
| | | Stagecoach Circle, Frederick, MD 21701 |
| 14609428 | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 13652143 | + | WFB / WB, P.O. Box 3117, Winston Salem, NC 27102-3117 |
| 13652145 | | WFM / WBM, 3480 Stagecoach Bldg, Fort Mills, SC 29715 |
| 13715221 | | Wells Fargo Bank N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |
| 13652119 | + | Wells Fargo Bank West, P.O. Box 31557, Billings, MT 59107-1557 |
| 13740689 | + | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 13652118 | + | Wells Fargo Bank, N.A., Attention: Payment Processing, MAC#X2302-04C, 1 Home Campus, Des Moines IA 50328-0001 |
| 13716206 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| NONE | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| 13652122 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 23:35:11 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 13652150 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:35:34 | Home Depot, P.O. Box 6926, The Lakes, NV 88901 |
| 13652137 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 28 2021 23:25:00 | RBS Citizens, 480 Jefferson Blvd., Warwick, RI 02886 |
| 13652154 | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 13652156 | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, Department of Revenue, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102 |
| 13652114 | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, c/o Debra Sandifer, Deputy City Solicito, 1515 Arch Street, Philadelphia, PA 19102 |
| 13652113 | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, c/o James Zwolak, Deputy City Solicitor, 1515 Arch Street, Philadelphia, PA 19102 |
| 13743315 + | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13652151 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:35:25 | Citibank North America, 701 E 60th Street N, Sioux Falls, SD 57104-0493 |
| 13652133 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:35:18 | Citimortgage, P.O. Box 9438, Gaithersburg, MD 20898-9438 |
| 13652126 + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:25:00 | Comenity Bank / Chadwicks, P.O. Box 182789, Columbus, OH 43218-2789 |
| 13652127 + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:25:00 | Comenity Bank / NWRK & CO, 220 West Schrock Road, Westerville, OH 43081-2873 |
| 13652128 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:35:25 | DSNB Macys, 9111 Duke Blvd., Mason, OH |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| | | | | 45040 |
| 13652140 | + | Email/PDF: pa_dc_ed@navient.com | Jul 28 2021 23:35:14 | Department of Edcuation, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 13652148 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:25:00 | Fashion Bug, c/o Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 13652125 | + | Email/Text: Bankruptcy@FCScollects.com | Jul 28 2021 23:26:00 | First Collection Services, 10925 Otter Creek Road East, Mabelvale, AR 72103-1661 |
| 13855495 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2021 23:25:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |
| 13652117 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 28 2021 23:35:32 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 13652149 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:25:00 | Mandee, c/o Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 13712049 | | Email/PDF: pa_dc_claims@navient.com | Jul 28 2021 23:35:14 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13652136 | + | Email/Text: EBN_Notifications@OWB.com | Jul 28 2021 23:25:00 | Onewest Bank, 6900 Beatrice Drive, Kalamazoo, MI 49009-9559 |
| 13761275 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 28 2021 23:25:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13652124 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:35:25 | Portfolio Recovery, 120 Corpporate Blvd., Suite 1, Norfolk, VA 23502 |
| 13670407 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13652146 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:35:14 | Portfolio Recovery Services, 120 Corporate Boulevard,, Norfolk, Virginia 23502, 23502-4952 |
| 13652138 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:35:33 | Sears / CBNA, P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 13652147 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 23:25:00 | World Financial Network Bank, c/o Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13652123 | ##++++ | ECMC, 3505 HIGHPOINT DR N, OAKDALE MN 55128-7577, address filed with court:, ECMC, 1 Imation Place, Oakdale, MN 55128 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 15-19120-elf   Doc 165   Filed 07/30/21   Entered 07/31/21 00:36:14   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 138NEW | Total Noticed: 73 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| ANDREW F GORNALL | on behalf of Creditor The Bank of New York Mellon Et Al... agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| ANNE M. AARONSON | on behalf of Creditor GSRAN-Z  LLC aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com |
| BRIAN E. CAINE | on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon Et Al... bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEREMY JOHN KOBESKI | on behalf of Creditor Wells Fargo Bank  NA jkobeski@grenenbirsic.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JONATHAN J. SOBEL | on behalf of Debtor Jennifer J Pearson-Mills mate89@aol.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor The Bank of New York Mellon Et Al... bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor The Bank of New York Mellon  as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank  N.A. as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgage Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon  as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor Wells Fargo Bank  NA amps@manleydeas.com |
| SARAH K. MCCAFFERY | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| THOMAS I. PULEO | on behalf of Creditor The Bank of New York Mellon Et Al... tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2 User: admin Page 5 of 5
Date Rcvd: Jul 28, 2021 Form ID: 138NEW Total Noticed: 73
TOTAL: 20

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jennifer J Pearson−Mills
    Debtor(s)

Bankruptcy No: 15−19120−elf
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 7/28/21

        164 − 163
        Form 138_new