United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jennifer J Pearson-Mills  
    Debtor

Case No. 15-19120-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 20, 2021      Form ID: 3180W      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer J Pearson-Mills, 7964 Thouron Avenue, Philadelphia, PA 19150-2521 |
| 13653193 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 702, HARRISBURG, PA 17121-0751 |
| 13669871 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Phila Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 13909537 | + | The Bank of New York Mellon, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14027852 | + | US Bank Trust National Association as Trustee, c/o BSI Financial Services, 1425 Greenway Dr., ste 400, Irving TX 75038-2480 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 20 2021 23:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 20 2021 23:29:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13743315 | + | Email/Text: megan.harper@phila.gov | Aug 20 2021 23:29:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13882725 | | EDI: ECMC.COM | Aug 21 2021 03:33:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 13855495 | + | EDI: IRS.COM | Aug 21 2021 03:33:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7317, Philadelphia, Pa 19101-7317 |
| 13712049 | | EDI: NAVIENTFKASMSERV.COM | Aug 21 2021 03:33:00 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13761275 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 20 2021 23:29:00 | PECO Energy Company, Attn: Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 13670407 | | EDI: PENNDEPTREV | Aug 21 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13670407 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2021 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13715221 | | EDI: WFFC.COM | Aug 21 2021 03:33:00 | Wells Fargo Bank N.A., 1 Home Campus, MAC X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 10

Case 15-19120-elf   Doc 167   Filed 08/22/21   Entered 08/23/21 00:37:28   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 3180W | Total Noticed: 14 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021        Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

**Name**   **Email Address**

ALBERT JAMES MILLAR
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us

ANDREW F GORNALL
on behalf of Creditor The Bank of New York Mellon Et Al... agornall@kmllawgroup.com  bkgroup@kmllawgroup.com

ANNE M. AARONSON
on behalf of Creditor GSRAN-Z  LLC aaaronson@dilworthlaw.com, mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com

BRIAN E. CAINE
on behalf of Creditor US Bank Trust National Association as Trustee of the Igloo Series III Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

DENISE ELIZABETH CARLON
on behalf of Creditor The Bank of New York Mellon Et Al... bkgroup@kmllawgroup.com

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JEREMY J. KOBESKI
on behalf of Creditor Wells Fargo Bank  NA jkobeski@grenenbirsic.com

JILL MANUEL-COUGHLIN
on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JONATHAN J. SOBEL
on behalf of Debtor Jennifer J Pearson-Mills mate89@aol.com

MATTEO SAMUEL WEINER
on behalf of Creditor The Bank of New York Mellon Et Al... bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
on behalf of Creditor The Bank of New York Mellon  as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
on behalf of City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank  N.A. as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgage Pass-Through Certificates, Series 2003-2

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: 3180W | Total Noticed: 14 |

    bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor The Bank of New York Mellon  as Trustee for the ABFS Mortgage Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor Wells Fargo Bank  NA amps@manleydeas.com

SARAH K. MCCAFFERY
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

THOMAS I. PULEO
    on behalf of Creditor The Bank of New York Mellon Et Al... tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 20

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jennifer J Pearson–Mills<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6352<br>EIN   20-5380371, 23-3090284 |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   15-19120-elf | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jennifer J Pearson–Mills
dba Jennifer's Stay & Play Preschool, Inc., dba
Jennifer's Family Child Daycare, Inc.

8/19/21

**By the court:** Eric L. Frank
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**