IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Jennifer J Pearson-Mills DBA** | : | Case No.: 15-19120 |
| **Jennifer's Stay & Play Preschool,** | : | Chapter 13 |
| **Inc., DBA Jennifer's Family Child** | : | Judge Eric L. Frank |
| **Daycare, Inc., AKA Jennifer J** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Pearson, AKA Jennifer Mills** | : | |
| | : | |
| **Debtor(s).** | | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH 43216-5028 | Columbus, OH 43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

16-004020_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 15-19120** |
| **Jennifer J Pearson-Mills DBA Jennifer's Stay & Play Preschool, Inc., DBA Jennifer's Family Child Daycare, Inc., AKA Jennifer J Pearson, AKA Jennifer Mills** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Related Document # |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Jennifer J Pearson-Mills DBA Jennifer's Stay & Play Preschool, Inc., DBA Jennifer's Family Child Daycare, Inc., AKA Jennifer J Pearson, AKA Jennifer Mills** | : | |
| **William C. Miller** | | |
| **Respondents.** | | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Jonathan J. Sobel, Attorney for Jennifer J Pearson-Mills DBA Jennifer's Stay & Play Preschool, Inc., DBA Jennifer's Family Child Daycare, Inc., AKA Jennifer J Pearson, AKA Jennifer Mills, 1500 Walnut Street, Suite 2000, Philadelphia, PA  19102, mate89@aol.com

16-004020_PS

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 18, 2021:

Jennifer J Pearson-Mills DBA Jennifer's Stay & Play Preschool, Inc., DBA Jennifer's Family Child Daycare, Inc., AKA Jennifer J Pearson, AKA Jennifer Mills, 7964 Thouron Avenue, Philadelphia, PA  19150

Jennifer J Pearson-Mills DBA Jennifer's Stay & Play Preschool, Inc., DBA Jennifer's Family Child Daycare, Inc., AKA Jennifer J Pearson, AKA Jennifer Mills, 1454 Greenwood St, Philadelphia, PA  19150

DATE: September 18, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

16-004020_PS