| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Jennifer J Pearson-Mills | Case Number:<br><br>2:2015-bk-19120 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | __ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **8417**  UCID: **WFCHEQ1519120PAE63528417** | | __ Check this box if the account number has changed. |
| 2.   Court Claim Number: **7** | | |
| 3.   **Signature:**<br><br> **Check the appropriate box.**<br>   X   I am the creditor.<br>      I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>      I am the trustee, or the debtor.<br>      I am a guarantor, surety, endorser, or other codebtor.<br><br>By:   /s/ Sharon Renee Harris            Date:  01/21/2022<br>        VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          CASE NO.:    15-19120

**Jennifer J Pearson-Mills**                    CHAPTER:     13

      **Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 21, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

| | |
|---|---|
| *Debtor:* | *By U.S. Postal Service First Class Mail Postage Prepaid:* |
| | Jennifer J Pearson-Mills<br>7964 Thouron Avenue<br>Philadelphia, PA 19150 |
| *Debtor's Attorney:* | *By CM / ECF Filing:* |
| | JONATHAN J. SOBEL<br>Law Office of Jonathan J. Sobel<br>1500 Walnut Street<br>Suite 2000<br>Philadelphia, PA 19102 |
| *Trustee:* | *By CM / ECF Filing:* |
| | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 |

/s/ John Shelley
_____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)